IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                   No. 1:17-cr-10106-JDB-1

CHRISTOPHER FAULCON,

    Defendant.

ORDER DIRECTING CLERK TO FILE DOCUMENT IN § 2255 CASE

On May 2, 2022, the Defendant, Christopher Faulcon, filed a letter requesting that his presentence report ("PSR") be unsealed. (Docket Entry ("D.E.") 554.)  He maintains that the PSR supports his ineffective assistance claims.  The Court CONSTRUES the letter as a request pertinent to his 28 U.S.C. § 2255 petition in *Faulcon v. United States*, Case No. 1:22-cv-01059-JDB-jay (W.D. Tenn.).)  The Clerk is therefore DIRECTED to file the document as "Motion to Unseal PSR" in that civil case.

IT IS SO ORDERED this 17th day of May 2022.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE